No. 79–733. HIGHWAY & CITY TRANSPORTATION, INC. *v.* BALESTRI. Sup. Ct. Ill. Certiorari denied.

No. 79–734. McDONNELL DOUGLAS CORP. *v.* HYCOM, INC. C. A. 9th Cir. Certiorari denied.

No. 79–737. BLUE BELL, INC. *v.* FOWLER. C. A. 5th Cir. Certiorari denied.

No. 79–746. BUCHHOLTZ ET AL. *v.* SWIFT & CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–756. ABUJASEN *v.* UNITED STATES; and
No. 79–5668. SORZANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 602 F. 2d 1201.

No. 79–762. DiFONZO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–763. CHAVEZ ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–780. CONTINENTAL PLASTICS OF OKLAHOMA, INC. *v.* PLASTIC CONTAINER CORP. C. A. 10th Cir. Certiorari denied.

No. 79–786. MARKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–803. LARKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–810. KNAPP *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 79–817. MACKENZIE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.